DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JAN20'10AM 9:35 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
MORRISON, PAULA JEANNIE

Debtor

Case No.  05-05730-FLK13

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $90.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| MORRISON, PAULA JEANNIE | 402 VIEWMONT DRIVE YAKIMA, WA 98908 | $90.00 |

Dated: January 15, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4873789*     *10-20-10*     *$90.00*